**2001–1970.   Vaught v. Cleveland Clinic Found.**
Cuyahoga App. No. 79026. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the joint motion of appellee and amicus curiae, Ohio Academy of Trial Lawyers, for leave to participate in oral argument scheduled for January 8, 2003,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amicus curiae shall share the time allotted to appellee.

**2002–0070.   Jones v. Action Coupling & Equip., Inc.**
Holmes App. No. 01CA013. This cause is pending before the court as an appeal from the Court of Appeals for Holmes County. Upon consideration of the motion of amicus curiae, Industrial Commission of Ohio, for leave to participate in oral argument scheduled for January 22, 2003,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amicus curiae shall share the time allotted to appellee.

**2002–0149.   Jones v. Action Coupling & Equip., Inc.**
Holmes App. No. 01CA013. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Holmes County. Upon consideration of the motion of amicus curiae, Industrial Commission of Ohio, for leave to participate in oral argument scheduled for January 22, 2003,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amicus curiae shall share the time allotted to appellee.

**2002–1740.   State ex rel. Whisman v. Indus. Comm.**
Franklin App. No. 02AP–130, 2002-Ohio-4899. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion for extension of time to file merit briefs pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before February 13, 2003.

**2002–1847.   Univ. of Cincinnati Med. Assoc., Inc. v. Zaino.**
Board of Tax Appeals, No. 99–A–1413. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before January 5, 2003.

**2002–1848.   Univ. of Cincinnati Med. Assoc., Inc. v. Zaino.**
Board of Tax Appeals, No. 99–A–1411. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before January 5, 2003.

**2002–1849.   Univ. of Cincinnati Med. Assoc., Inc. v. Zaino.**
Board of Tax Appeals, No. 99–A–1412. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before January 5, 2003.